1  Tiffany S. Woods, Esq., CA Bar No. 257075
2  Tristan G. Pelayes, Esq., CA Bar No. 206696
   WAGNER & PELAYES, LLP
3  1325 Spruce Street, Suite 200
4  Riverside, CA 92507
   Telephone:  (951) 686-4800
5  Fax:          (951) 686-4801
6  tgp@wagner-pelayes.com
7  Attorneys for Defendants

8              UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION
10

11 MAURO GALARZA,                       CASE NO.: EDCV 08-00765 SGL
                                        (OPx)
12        Plaintiff,

13     vs.

14                                      ORDER RE: STIPULATION FOR
15 COUNTY OF SAN BERNARDINO,            PROTECTIVE ORDER
   SAN BERNARDINO COUNTY
16 SHERIFF'S DEPARTMENT; CITY
17 OF HESPERIA; SAN BERARNDINO
   COUNTY SHERIFF 'S DEPUTY J.
18 MOORE (D4295); SAN
19 BERNARDINO COUNTY
   SHERIFF'S DEPUTY J.
20 NECOCHEA (N0735), SAN
21 BERNARDINO COUNTY
   SHERIFF'S DEPUTY D. HERBERT
22 (C8321), and, DOES 1 through 10,
23 Inclusive,

24        Defendants.
25

26 ///
27 ///
28 ///

# **O R D E R**

The Stipulation for Protective Order is granted as requested by the parties and the materials designated herein shall be subject to all terms and conditions.

DATED: 7/27/09

_____

U.S. MAGISTRATE JUDGE

2

TSW:et

**PROOF OF SERVICE**

STATE OF CALIFORNIA        )
                                      ) ss:
COUNTY OF RIVERSIDE     )

      I, the undersigned, declare:

      I am employed in the County of Riverside, State of California.  I am over the age of 18 years and not a party to this action; my business address is 1325 Spruce Street, Suite 200 Riverside, California 92507.

      On the date written below, I served the document named below on the parties indicated below, in the following manner:

☒ **(By Mail)** I am familiar with this office's practice for the collection and processing of documents for mailing with the United States Postal Service.  The documents are deposited with the United States Postal Service on the same day in the ordinary course of business.  I placed a true copy of the document thereof in a sealed envelope and caused said document(s) to be delivered in this manner.

☐ **(By Overnight Mail)** I am familiar with this office's practice for the collection and processing of documents for overnight mail.  The documents are collected by the delivery service company on the same day in the ordinary course of business.  I caused said document(s) to be delivered in this manner.

☐ **(By Facsimile)** I am familiar with this office's practice for the facsimile transmission of documents.  I caused said document(s) to be sent to the facsimile numbers listed below and caused said machine to print a transmission record, a copy of which I have retained.  The sending machine is (951) 686-4801.

**DOCUMENT:**  Proposed Order re: (Proposed) Stipulation for Protective Order

**PARTIES SERVED:  *SEE ATTACHED SERVICE LIST***

☒ **(FEDERAL)** I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made.

      Executed on July 13, 2009 at Riverside, California.

                        /S/
                        ESMERALDA TOWNSEND

TSW:et

# <u>SERVICE LIST</u>

John R. Cogorno, Esq.                    ***Attorneys for Plaintiff***
Attorney at Law
14121 Beach Boulevard
Westminster, CA 92683
Tel:  (714) 892-2936
Fax: (714) 892-5806

Michel F. Mills, Esq.
Law Office of Michel F. Mills
c/o John R. Cogorno, Esq.
Attorney at Law
14121 Beach Boulevard
Westminster, CA 92683
Tel:  (714) 892-2936
Fax: (714) 892-5806

TSW:et

PROPOSED ORDER RE: (PROPOSED) STIPULATION FOR PROTECTIVE ORDER