JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURO GALARZA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN BERNARDINO, *et al.*,<br><br>　　　　Defendants. | NO. ED CV-08-765-RHW<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF** |

　　This case was tried to a jury with Judge Robert H. Whaley presiding, and the jury has rendered a verdict in favor of Defendants.

　　Accordingly, **IT IS HEREBY ORDERED:**

　　1. The District Court Executive is directed to enter judgment in favor of Defendants. Plaintiff shall recover nothing, the action is dismissed on the merits, and Defendants shall recover costs from Plaintiff.

　　**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to counsel.

　　**DATED** this 24th day of May, 2010.

　　　　　　　　　　　　*s/Robert H. Whaley*
　　　　　　　　　　　　ROBERT H. WHALEY
　　　　　　　　　　　　United States District Judge

C:\Temp\notesFFF692\directjudgment.wpd

**JUDGMENT IN FAVOR OF DEFENDANTS
AND AGAINST PLAINTIFF** ~ 1